24173. TILLMAN v. THE STATE.

BROYLES, C. J. Under the facts of the case, as disclosed by the record, the jury were authorized to find that the evidence, though circumstantial, was sufficient to show that the venue of the offense charged was in Jefferson county, and to exclude every reasonable hypothesis save that of the defendant's guilt. The finding of the jury being supported by evidence and approved by the trial judge, this court is without authority to interfere with it.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED OCTOBER 2, 1934.

*Casey Thigpen,* for plaintiff in error.
*Marvin L. Gross, solicitor-general,* contra.

24190. THOMAS v. THE STATE.

BROYLES, C. J. The evidence set forth in the answer of the trial judge authorized the defendant's conviction of the offense charged (possessing whisky); and, no traverse to the answer having been filed, and the only assignment of error in the petition for certiorari being that the verdict was unauthorized by the evidence, the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED OCTOBER 2, 1934.

*C. G. Battle,* for plaintiff in error.
*John A. Boykin, solicitor-general, John S. McClelland, solicitor.
J. W. LeCraw,* contra.

24211. HARLOW v. THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence; and the court did not err in overruling the defendant's motion for a new trial, based upon the usual general grounds only.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED OCTOBER 2, 1934.

*J. A. Drake,* for plaintiff in error.
*M. E. O'Neal, solicitor,* contra.